### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHLEEN D. TRAYLOR, | ) | CASE NO. 8:06CV293 |
| Plaintiffs, | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| PENTAGROUP FINANCIAL, LLC., | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal. The Plaintiff has complied with Fed. R. Civ. P. 41(a)(1)(I), and I find that the Notice shall be approved.

IT IS ORDERED:

1) The Notice of Dismissal (Filing No. 7) is approved;

2) The Complaint is dismissed with prejudice; and

3) The parties shall pay their own costs and attorney fees unless otherwise agreed by and between them.

DATED this 22nd day of May, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge